# Brian W. Devane, Esq.
ATTORNEY AND COUNSELOR AT LAW

---

125 Adams Street • Delmar, New York 12054
P 518.475.9845 • F 518.475.9846
E-mail bdevane@devanelaw.com

---

September 4, 2014

Hon. Mae D'Agostino
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway – Room 407
Albany, New York 12207

**Please Note – New Office Address**

Re:   USA v. Jamese Williams
      13-CR-339

Dear Judge D'Agostino:

There is a Federal CLE scheduled for November 6, 2014, which I would like to attend. Said date is the same date set for sentencing in the above matter. Obviously not of an urgent nature, but I respectfully request sentencing be moved to the following day or at the Court's convenience. Please advise. Thank you for your consideration.

Very truly yours,

By:   *Brian W. Devane*
      Brian W. Devane
      Bar Roll No.: 501138
      bdevane@devanelaw.com

BWD:kjb